# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

09 MAY -7 AM 11:55

U.S. DISTRICT COURT
N.D. OF ALABAMA

Amos Lee Barnett

Inmate Identification Number: __08- 6109__

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Etowah County Jail

_____

_____

_____

(Enter above full name(s) of the defendant(s)
in this action)

CV-09-HS-0901-M

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

I.   **Previous lawsuits**

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )          No ( X )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

         _____

2. Court (if Federal Court, name the district; if State Court, name the county)

ETOWAH COUNTY

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
   Yes ( X )        No  (    )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( X )        No  (    )

C. If your answer is YES:

   1. What steps did you take?  _MEDICAL  STAFF / CHIEF OF JAIL_

   _____

   2. What was the result?  _Ø_____

   _____

D. If your answer is NO, explain why not?  _____

_____

_____

_____

2

**I.**   **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

**A.**   Name of plaintiff(s)   *AMOS   LEE   BARNETT*

Address   *5063   LEE   STREET   DR.*

*B'HAM   AI   35242*

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

**B.**   Defendant   *ETOWAH   COUNTY   CORRECTIONAL   STAFF*

is employed as   *OFFICERS*

at   *827   FORREST   AVE   35901   GADSDEN   AI*

**C.**   Additional Defendants   *ETOWAH   COUNTY   MEDICAL   STAFF*

**V.**   **Statement of Claim**

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved. Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

*I   HAVE   SEVERAL   BULDGED   DISC   IN   MY   BACK,   THE*

*CORRECTIONAL   OFFICERS   NEW   OF   PROBLEM,   WHERE   CALLED*

*BY   MEDICAL   STAFF.   THEY   STILL   PLACED   ME   OWN   A   TOP*

*RACK,   BECAUSE   OF   BACK,   I   ~~KEEP~~   FAL   HURTING   MY   BACK*

3

AND ALSO MY SHOULDER, IVE MADE SEVERAL COMPLAINTS AND GRIEVANCE'S TO MEDICAL STAFF WITH NO RESULTS, I'VE SIGNED OVER MEDICAL RELEASE PAPERS THEY KNEW OF PROBLEM, BUT REFUSED TO CONSIDER CONDITIONS, NOW THEY REFUSE TO HELP OR EXRAY SHOULDER. THIS HAS BEEN GOING ON FOR MONTHS, THIS IS A FEDERAL FACILITY.

## RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WOULD LIKE THE COURT TO MAKE THESE PEOPLE FIX WHAT THEY HAVE CAUSED ME TO DO TO MYSELF FOR THERE NEGLECTING TO CONSIDER MY CONDITION, I ALSO BELIEVE THAT IF I WERE NOT AMERICAN, IN A FEDERAL FACILITY THINGS WOULD HAVE BEEN DIFFERENT

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 1, 2009___.

_____

_____

_____

_____

_____

Amos L Barnett
**Signature(s)**

4